# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 150 EM 2014
:
Respondent :
:
:
:
v. :
:
:
:
HOWARD COOPER, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.